In the matter of the probate of the last will and testament of SAMUEL RICHTER, deceased.

[Decided May 3d, 1918.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Stevens, whose opinion is reported *ante p. 162.*

*Mr. William Greenfield* and *Mr. Benjamin M. Weinberg,* for the appellants.

*Mr. William H. Osborne* and *Mr. David Hahn,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.